(92 South. 926)

STATE ex rel. REESE v. MONTEVALLO MINING CO. (6 Div. 909.) (Court of Appeals of Alabama. Nov. 15, 1921.) Appeal from Circuit Court, Jefferson County. Harwell G. Davis, Atty. Gen., and Nesbit & Sadler, of Birmingham, for appellant. J. L. Peters, of Columbiana, and Black & Harris and T. E. McCullough, all of Birmingham, for appellee.

MERRITT, J. This cause is reversed and remanded, on the authority of the case of State v. John Brown, ante, p. 205, 89 South. 862, and 206 Ala. 528, 91 South. 306.

---

(88 South. 926)

STATON v. STATE. (8 Div. 712.) (Court of Appeals of Alabama. Feb. 8, 1921.) Appeal from Circuit Court, Madison County; Robt. C. Brickell, Judge. J. Q. Smith, Atty. Gen., for the State.

SAMFORD, J. Appeal dismissed on motion of Attorney General.

---

(92 South. 926)

STRINGFELLOW v. STATE. (1 Div. 450.) (Court of Appeals of Alabama. April 18, 1922.) Appeal from Circuit Court, Mobile County; Claud A. Grayson, Judge. Harwell G. Davis, Atty. Gen., for the State.

SAMFORD, J. Appeal dismissed.

---

(88 South. 927)

STUBBS v. STATE. (6 Div. 722.) (Court of Appeals of Alabama. Dec. 14, 1920.) Appeal from Circuit Court, Cullman County; Robt. C. Brickell, Judge. J. Q. Smith, Atty. Gen., for the State.

PER CURIAM. Appeal dismissed on motion of Attorney General.

---

(88 South. 927)

TAYLOR v. STATE. (1 Div. 407.) (Court of Appeals of Alabama. May 10, 1921.) Appeal from Circuit Court, Mobile County; Saffold Berney, Judge. Harwell G. Davis, Atty. Gen., for the State.

BRICKEN, P. J. The defendant was indicted for murder in the first degree, was duly arraigned, and pleaded not guilty. His trial resulted in a conviction for the offense of manslaughter in the first degree; the jury fixing his punishment at 8 years' imprisonment in the penitentiary. From the judgment of conviction, entered in accordance with the verdict of the jury, he appeals. The appeal is upon the record proper, without bill of exceptions. From an examination of the record, the proceedings appear regular in all respects, and, no error being apparent, the judgment of the circuit court must be affirmed. Affirmed.

---

(91 South. 927)

TAYLOR v. STATE. (6 Div. 943.) (Court of Appeals of Alabama. Jan. 10, 1922.) Appeal from Circuit Court, Tuscaloosa County; Henry B. Foster, Judge. Harwell G. Davis, Atty. Gen., for the State.

SAMFORD, J. Appeal dismissed at request of appellant.

---

(91 South. 927)

TAYLOR v. STATE. (7 Div. 723.) (Court of Appeals of Alabama. Jan. 11, 1922.) Appeal from Circuit Court, Elmore County; O. A. Steele, Judge. Harwell G. Davis, Atty. Gen., for the State.

BRICKEN, P. J. No bill of exceptions in record, and the record proper appearing regular in all things, the case is affirmed.

---

(91 South. 927)

THOMAS v. KILLIAN. (6 Div. 945.) (Court of Appeals of Alabama. Dec. 20, 1921.) Appeal from Circuit Court, Jefferson County; Richard Evans, Judge. J. F. Webb and James A. Mitchell, both of Birmingham, for appellant. W. M. Woodall, of Birmingham, for appellee.

MERRITT, J. Appeal dismissed on motion of appellant.

---

(89 South. 926)

THOMAS v. STATE. (6 Div. 785.) (Court of Appeals of Alabama. May 17, 1921.) Appeal from Circuit Court, Cullman County; Robert C. Brickell, Judge. Harwell G. Davis, Atty. Gen., for the State.

MERRITT, J. Appeal dismissed on motion of Attorney General.

---

(89 South. 926)

THOMAS v. STATE. (5 Div. 349.) (Court of Appeals of Alabama. June 21, 1921.) Appeal from Circuit Court, Russell County; J. S. Williams, Judge. Harwell G. Davis, Atty. Gen., for the State.

BRICKEN, P. J. Appeal dismissed.

---

(91 South. 927)

THOMAS v. STATE. (1 Div. 420.) (Court of Appeals of Alabama. Nov. 29, 1921.) Appeal from Circuit Court, Mobile County; Joel W. Goldsby, Judge. Harwell G. Davis, Atty. Gen., for the State.

BRICKEN, P. J. Appeal dismissed.

---

(88 South. 927)

THOMPSON v. BRANDON. (7 Div. 697.) (Court of Appeals of Alabama. Jan. 18, 1921.) Appeal from Circuit Court, Dekalb County; W. W. Haralson, Judge.

SAMFORD, J. Affirmed on certificate.